United States District Court
Southern District of Texas

**ENTERED**

March 26, 2025

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **MARIA DEL SOCORRO MANUEL OLGUIN,** | § § § | |
| **Petitioner,** | § § | |
| v. | § § | **CIVIL ACTION NO. 5:25-CV-30** |
| **DANIEL BIBLE, et al.,** | § § | |
| **Respondents.** | § § | |

### ORDER

Before the Court is Petitioner's Notice of Dismissal of Claims. (Dkt. No. 9). The Notice provides that Petitioner withdraws her claims against all Respondents. (*Id.* at 1).

A plaintiff in a civil suit may generally dismiss the suit without a court order upon the filing of "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *Id.* Here, the Notice states that the dismissal is without prejudice

Because Petitioner filed the Notice before Respondents answered or filed a motion for summary judgment, Petitioner's claims against Respondents were **DISMISSED WITHOUT PREJUDICE** effective upon the filing of the Notice of Dismissal, (Dkt. No. 9). *See Amerijet Int'l, Inc. v. Zero Gravity Corp. (In re Amerijet Int'l, Inc.)*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam) (A "notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required.").

The Clerk is hereby **ORDERED** to terminate the case.

It is so **ORDERED**.

**SIGNED** on March 26, 2025.

John A. Kazen
United States District Judge